**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tarus D. OWENS, Defendant–Appellant.**

No. 01–6743.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Nov. 5, 2001.

Tarus D. Owens, pro se.

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Tarus Owens appeals the district court's order denying his motion filed under 18 U.S.C.A. § 3582 (West Supp.2001) and construed as a 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Owens,* No. CR–97–150 (E.D.Va. Apr. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*